**Motion Granted; Appeal Reinstated; Judgment Set Aside and Remanded; and Memorandum Opinion filed January 18, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00554-CV

---

### SOULCYCLE, INC., INCORRECTLY NAMED AS SOULCYCLE, LLC, Appellant

### V.

### LAUREN JONES, Appellee

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-57329**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 9, 2023. On January 11, 2024, the parties filed a joint motion to reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement to settle. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

We reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.